



MHN

08CV1999
JUDGE LINDBERG
MAG.JUDGE NOLAN

UNITED STATES DISTRICT
NORTHERN DISTRICT OF I

# Civil Cover She

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** TERRY YOUNG

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

1) AUSA

2) Daniel Rubenstein
United States Attorney's Office
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Terry Young
#02368-424
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808

**Basis of Jurisdiction:**

☐ **1. U.S. Government Plaintiff**

☑ **2. U.S. Government Defendant**

☐ **3. Federal Question (U.S. gov't. not a party)**

☐ **4. Diversity**

DT
FILED
APR - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

☑ **1. Original Proceeding**

☐ **2. Removed From State Court**

☐ **3. Remanded From Appellate Court**

☐ **4. Reinstated or Reopened**

☐ **5. Transferred From Other District**

☐ **6. MultiDistrict Litigation**

☐ **7. Appeal to District Judge from Magistrate Judgment**

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham **Date:** 04/08/2008

97CR 63-1

Lindberg
Needs Mag. Jdg.