IN THE UNITED STATES DISTRICT

NORTHERN DISTRICT OF ILLIONIS

EASTERN DIVISION

**FILED**

APR 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America,   )   Case NO. 08C-1999.
                            )
vs.                         )   Honorable George Lindberg
                            )
Terry Young,                )
                            )

## NOTICE OF CHANGE OF ADDRESS

Dear, Clerk of the court I was moved from U.S.P. Telle Haute, and my new mailing Address is Federal Correctional Facilitie F.C.I. P.O. BOX-1000. OXFORD WI, 53952. Please forward all mail to this New Address.

sincerely *Terry Young*
by Terry Young # 02368-424.
   Federal Correctional Facilitie
   F.C.I. OXFORD WI,
   P.O. BOX -1000.
   OXFORD WI, 53952.

CERTIFICATE OF SERVICE

I ,Terry Young # 2368-424. swear under the penalty of perjury that I served a copy of the Attachment document on U.S. Attorney Daniel Rubinstein at 219 South Dearborn Suite 500 Chicago ILL, 60604. Case # 08C-1999. on this day __22nd__ of _April_ 2008.

_Jerry Young_
Terry Young # 2368-424.
Federal Correctional Facilitie

F.C.I. OXFORD

P.O. BOX-1000.

OXFORD WI, 53952.