## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1999 | **DATE** | 6/4/2008 |
| **CASE TITLE** | United States of America vs. Terry Young | | |

**DOCKET ENTRY TEXT**

Government's response due 6/30/2008 to defendant's motion to vacate, set aside or correct sentence. Defendant reply due July 25, 2008 to the government's response. Ruling set for 9/10/2008 at 9:30a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|