UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. **08 CV 1999** |
| v. | ) | |
| | ) | Judge George W. Lindberg |
| Terry Young | ) | |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been

designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/John Podliska
JOHN PODLISKA
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-2815

## CERTIFICATE OF SERVICE

The undersigned Assigned United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed R. Crim P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, were sent by United States mail on June 10, 2008, to the following:

Terry Young
#02368-424
Oxford
P.O. Box 1000
Oxford, WI 53952

s/John Podliska
JOHN PODLISKA
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-2815

2