11

08 C 1999

Dear

George Lindberg,

FILED

Aug 4, 2008
AUG 4, 2008   MD
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I'm writing in reference to the prosecutor
sending My Mail to U.S.P Terre Haute despite the
fact I filed a Change of Address with the District
Court Clerk, And also served A copy to the U.S.
Attorneys Office. The only way I received A copy
of the Govt's request for an extention. I had
My family to pull the Court Docket sheet. I saw
that you had gave the prosecutors An extension.
However, I noticed that you Never gave Me a
reply date to respond to the Govt's Brief which
is due 14 Aug 08. I understand that your ruling
date is the same I just for the record would
Request that you First instruct the Govt to send
My Mail to Me at F.C.I Oxford as opposed to
U.S.P Terre Haute, And Also you give Me An extension
to reply to the Govt's brief. I thank you in Advance
for your time, And Consideration of My Request.

Sincerely

Terry Young

Terry Young #02368-424
F.C.I
P.O. Box 1000
Oxford, WI, 53952