## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1999 | **DATE** | 9/8/2008 |
| **CASE TITLE** | United States of America vs. Terry Young | | |

**DOCKET ENTRY TEXT**

Defendant Terry Young's motion to vacate, set aside or correct sentence [1] pursuant to 28 USC § 2255 is dismissed.

■ [ For further details see text below.]      Docketing to mail notices.

### STATEMENT

    Everything defendant Terry Young presents in his motion was raised, argued, addressed, and decided by the United States Court of Appeals for the Seventh Circuit in <u>United States v Mansoori</u>, 304 F3d 635, 657-59 (7th Cir 2002) and <u>United States v Mansoori</u>, 480 F3d 514, 517-19, 521-25 (7th Cir 2007). It is well-settled that a motion under § 2255 should be dismissed were the law is unchanged and the movant raises no new facts but merely attempts to relitigate issues previously decided on direct appeal. See, e.g., <u>Peoples v United States</u>, 403 F3d 844, 846 (7th Cir 2005). Therefore, defendant Young's motion pursuant to § 2255 is being dismissed.

| | Courtroom Deputy Initials: | slb |
|---|---|---|